# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2533

_____

United States of America

*Plaintiff - Appellee*

v.

Omar D. Maria

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 27, 2018
Filed: April 3, 2018
[Unpublished]

_____

Before WOLLMAN, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Omar Maria directly appeals the within-Guidelines-range sentence the district court[1] imposed upon revoking his supervised release. His counsel has moved for

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

leave to withdraw, and has filed a brief arguing that the sentence is substantively unreasonable.

After careful review of the record, this court concludes that the district court did not abuse its discretion in sentencing Maria. <u>See</u> <u>United States v. Miller</u>, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); <u>United States v. Petreikis</u>, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range). The judgment is affirmed, and counsel's motion to withdraw is granted.

_____